# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **Wanda Osborne Kinkade**, | ) Case No.: |
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE OF REMOVAL** |
| **The Lincoln National Life Insurance Company**, | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant The Lincoln National Life Insurance Company ("Lincoln") hereby gives notice of removal of this action from Mecklenburg County Superior Court to the United States District Court for the Western District of North Carolina, Charlotte Division. This case is removable because the amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties are diverse in citizenship. Lincoln alleges the following facts in support of the foregoing grounds for removal.

1. This is an action to recover the proceeds of a $100,000 life insurance policy.

2. Plaintiff Wanda Osborne Kinkade ("Plaintiff") filed her Complaint against Lincoln on or about January 23, 2023, in the Mecklenburg County Superior Court, Case No. 23-CVS-1418 ("State Court Action").

3. Pursuant to N.C. Gen. Stat. § 58-16-30, Plaintiff served the Summons and Complaint on the North Carolina Commissioner of Insurance on or about January 30, 2023, who thereafter served the Summons and Complaint on Lincoln on February 7, 2023.

4. The Summons and Complaint are the only process, pleading, or other papers served on Lincoln to date.

1

## GROUNDS FOR REMOVAL

5. The amount in controversy in this matter exceeds $75,000, exclusive of interests and costs. In her Complaint, Plaintiff seeks, among other things, the payment of $100,000 in death benefits allegedly owed under the life insurance policy at issue. *See* Compl. ¶¶ 40, 51. Under 28 U.S.C. § 1446(c)(2), "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy." Thus, the Complaint on its face establishes the requisite amount in controversy.

6. As demonstrated below, the parties are also diverse.

    a. Plaintiff is a citizen of North Carolina and resides in Mecklenburg County. *See* Compl. ¶ 1.

    b. Lincoln, the sole defendant, is a corporation organized under the laws of Indiana, with its principal place of business in Radnor, Pennsylvania.[1] Lincoln is therefore a citizen of Indiana and Pennsylvania for purposes of diversity.

    c. Accordingly, complete diversity exists between Plaintiff and Lincoln.

7. This removal is timely. Under 28 U.S.C. § 1446(b)(2)(B), "[e]ach defendant shall have 30 days after receipt … of the initial pleading … to file the notice of removal." Lincoln was served with the Complaint on February 7, 2023. Therefore, this Notice of Removal is timely.

8. Venue is proper in this district under 28 U.S.C. § 1441(a), because the Charlotte Division of the United States District Court for the Western District of North Carolina is the federal district court for the district and division embracing the county in which the State Court Action is currently pending.

---

[1] Although it has no impact on the diversity of the parties, Plaintiff incorrectly alleges that Lincoln maintains its principal place of business in Indiana. (*See* Complaint ¶ 2).

9. As required by 28 U.S.C. § 1446(a), this Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

10. Copies of all papers filed in the State Court Action are attached as Exhibit A.

11. Lincoln is the sole defendant in the State Court Action; therefore, all defendants have joined in this removal as required by 28 U.S.C. § 1446(b)(2)(A).

12. In accordance with 28 U.S.C. § 1446(d), Lincoln will file written notice of removal with the Clerk of the Mecklenburg County Superior Court, and contemporaneously notify Plaintiff of this removal.

**WHEREFORE**, Lincoln removes the State Court Action to the United States District Court for the Western District of North Carolina, Charlotte Division.

Respectfully submitted,

DATE: March 3, 2023.

**BRADLEY ARANT BOULT CUMMINGS LLP**

/s/ *Robert R. Marcus*
Robert R. Marcus (NC Bar No. 20041)
Hanna E. Eickmeier (NC Bar No. 54927)
214 N. Tryon Street, Suite 3700
Charlotte, North Carolina 28202
Telephone: (704) 338-6000
Facsimile: (704) 332-8858
Email: rmarcus@bradley.com
heickmeier@bradley.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record. In addition, I served Plaintiff's counsel by electronic mail and regular U.S. mail postage prepaid as follows:

Thomas D. Bumgardner
**LAW OFFICE OF THOMAS D. BUMGARDNER, PLLC**
13925 Ballantyne Corporate Place, Suite 280
Charlotte, North Carolina 28277
thomas@ballantynelegal.com

/s/ *Robert R. Marcus*
Robert R. Marcus
Hanna E. Eickmeier

*Attorneys for Defendant The Lincoln National Life Insurance Company*